# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LEAVERT McKINNEY,  )  )  | |
| Plaintiff,  )  )  | |
| v.  )  )  | Case No.  2:15-cv-01599-KOB-JHE |
| ORLANDA WALKER,  )  )  | |
| Defendant.  )  | |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 2, 2017, recommending that the court grant the defendant's motion for summary judgment. (Doc. 17). Although the court advised the parties of their right to file specific written objections within fourteen days, no party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court finds that the defendant's motion for summary judgment is due to be **GRANTED**, the court finding no genuine issues of material fact exist.

DONE and ORDERED this 27th day of February, 2017.

                                                      KARON OWEN BOWDRE
                                        CHIEF UNITED STATES DISTRICT JUDGE